IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14518-HH

_____

GLENN SPRADLEY,

                                                   Plaintiff-Appellant,

versus

PAT FRANK,
Clerk of the Circuit Court of Hillsborough County, Florida,
HILLSBOROUGH COUNTY,
EDWINA BAKER,
Deputy Clerk, Hillsborough County Circuit Court,

                                                   Defendants-Appellees,

C. BAKER,
Deputy Clerk of the Circuit Court of Hillsborough County,

                                                   Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER:

    Glenn Spradley's motion for appointment of counsel is DENIED.

                                                   `/s/ Britt C. Grant`
                                            UNITED STATES CIRCUIT JUDGE